IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
RICHMOND, VIRGINIA

UNITED STATES OF AMERICA

v.                                                                                                              12-4046

DARWIN D. HUTCHINS

DEFENDANT'S APPELLATE COUNSEL'S POST-DIRECT APPEAL
MOTION TO WITHDRAW

Comes the undersigned counsel, Matthew A. Victor, heretofore appointed by this Honorable Court to represent the Appellant, Darwin D. Hutchins, and moves to withdraw from any further post-direct appeal representation of the Appellant.

Pursuant to Rule 46(d) of this Court's Local Rules and Internal Operating Procedures, the undersigned counsel, having by now reviewed this Honorable Court's Order of March 28, 2012, believes that a Petition for a Writ of Certiorari with the United States Supreme Court would be frivolous and, therefore, must seek withdrawal on that ground.

The undersigned counsel certifies that a copy of this Motion to Withdraw was served upon the Appellant, Darwin D. Hutchins, who was also advised, by virtue of this Motion, and also under separate cover, of his right to file a response to this Motion within seven (7) days.

WHEREFORE, the undersigned counsel, Matthew A. Victor, prays that this Motion to Withdraw from any further, post-direct appeal, representation of the Appellant, Darwin

D. Hutchins, be granted and for any further relief this Honorable Court may deem fair, just and appropriate.

                                              Respectfully submitted,
Darwin D. Hutchins
By Counsel

S/Matthew A. Victor
Matthew A. Victor
VICTOR VICTOR & HELGOE LLP
P.O. Box 5160
Charleston, WV 25361
Tel. (304) 346-5638 or (304) 346-3655

CERTIFICATE OF SERVICE

I, Matthew A. Victor, counsel for the Appellant, Darwin D. Hutchins, do hereby certify that on this 4th day of April, 2012, I electronically filed the foregoing Defendant's Appellate Counsel's Post-Direct Appeal Motion to Withdraw with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

John C. Carr, Esquire
Assistant U.S. Attorney
Suite 3000
1125 Chapline Street
P.O. Box 591
Wheeling, WV 26003

I, Matthew A. Victor, counsel for the Appellant, Darwin D. Hutchins, also certify that on this 4th day of April, 2012, I sent a true a copy of the foregoing document via U.S. Mail, postage prepaid and addressed, to:

Darwin D. Hutchins #06463-087
Federal Correctional Institution
FCI Allenwood Medium
P.O. Box 2000
White Deer, PA 17887

S/Matthew A. Victor
Matthew A. Victor
VICTOR VICTOR & HELGOE LLP
P.O. Box 5160
Charleston, WV 25361
Tel. (304) 346-5638 or (304) 346-3655